In the Matter of the Estate of CRUMBY BOLTON, Deceased.

MILTON F. BOLTON, Appellant; BESSIE A. MACDOUGALL, as Administratrix of the Estate of KATHERINE E. BOLTON, Deceased, et al., Respondents.

Submitted February 29, 1940; decided March 15, 1940.

*John J. Sweeney* and *Joseph C. Behan, Jr.,* for appellant.

*Harry F. Whiton* for Troy Trust Company, as trustee, respondent.

*Aaron A. Armitage* for Mabel E. Bolton, individually and as administratrix of the estate of Richard D. Bolton deceased, respondent.

Order affirmed, with costs to respondents filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.